IH-32

Rev: 2014-1

# United States District Court
### for the
## Southern District of New York
### Related Case Statement

#2

### Full Caption of Later Filed Case:

NELSON MURILLO AMBROSI, LAURO BENITO CHILLOGALLI, and ROBELIO MENDEZ individually and on behalf of others similarly situated,

15 cv 1231

| Plaintiff | Case Number |
|---|---|
| vs. | |
| ANJDEV ENTREPRISES, INC. (d/b/a AMMA), ANJU SHARMA, and DEVENDRA SHARMA | |
| Defendant | |



### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

CARMELO ROMERO and JUAN ROMERO, individually and on behalf of others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 14-cv-457 (AT) |
| ANJDEV ENTREPRISES, INC. (d/b/a Amma), ANJU SHARMA, and DEVENDRA SHARMA | |
| Defendant | |

IH-32      Rev: 2014-1

**Status of Earlier Filed Case:**

- [ ] Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)
- [x] Open    (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case and the earlier filed case both involve allegations of violations by a restaurant known as Amma of the Fair Labor Standards Act and New York Labor Law. Both actions allege similar conduct: failure to pay minimum wage rate, failure to pay overtime, and failure to pay spread of hours wages. The actions also involve the same defendants. The plaintiffs in the newly filed case and earlier filed case are represented by the same attorneys. For these reasons, we believe the cases are related.

Signature: _[signature]_      Date: 2/19/15

Michael Faillace & Associates, P.C.

Firm: _____